UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRUCE BEGG,

        Plaintiff,

    v.

SUTTERS PLACE, INC.,

        Defendant.

Case No. 20-cv-04251-JSW

**ORDER TO SHOW CAUSE**

Re: Dkt. Nos. 1, 7

Plaintiff filed this complaint on June 25, 2020, and the summons was issued on July 1, 2020. There is no indication that Plaintiff has served Defendant. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed without prejudice for failure to prosecute. Plaintiff shall file a response to this Order to Show Cause by February 5, 2021.

**IT IS SO ORDERED.**

Dated: January 22, 2021

JEFFREY S. WHITE
United States District Judge