UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BEGG,<br><br>    Plaintiff,<br><br>v.<br><br>SUTTERS PLACE, INC.,<br><br>    Defendant. | Case No. 20-cv-04251-JSW<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 35 |

On April 29, 2021, the Court approved a stipulation to stay this matter, and it required the parties to file a status report or a dismissal by June 30, 2021. That deadline has passed with no filings. Accordingly, the Court HEREBY ORDERS the parties to show cause why the Court should not impose monetary sanctions in the amount of $250.00 for their failure to comply with the Court's Order. The parties' responses to this Order to Show Cause shall be due by July 8, 2021. If the parties file a status report that explains their failure to comply with the deadline or a dismissal prior to that date, the Court will discharge this Order without imposing sanctions.

**IT IS SO ORDERED**.

Dated: July 1, 2021

_____
JEFFREY S. WHITE
United States District Judge