**Ari H. Marcus, Esq., (Admitted Pro Hac Vice)**
**MARCUS & ZELMAN, LLC**
**701 Cookman Avenue, Suite 300**
**Asbury Park, New Jersey 07712**
**Tel:  (732) 695-3282**
**Fax: (732) 298-6256**
**Email: ari@marcuszelman.com**
**Attorneys for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| **BRUCE BEGG, on behalf of himself and all others similarly situated,**<br><br>**Plaintiff**<br><br>-against-<br><br><br>**SUTTERS PLACE, INC.,**<br><br>**Defendant** | C.A. No.: 4:20-cv-04251-JSW<br><br>**[PROPOSED] ORDER OF DISMISSAL**<br><br>AND ORDER DISCHARGING ORDER TO SHOW CAUSE |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' July 1, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No: **4:20-cv-04251-JSW**, are dismissed with prejudice as to the Plaintiff's claims and without prejudice as to

1  the claims of the class members; and

2  THAT all parties shall bear their own attorneys' fees and costs incurred in
3  this action. The Court discharges the Order to Show Cause without imposing sanctions.

**SO ORDERED THIS** ___1st___ **day of** ___July___**, 2021.**

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE